### 13838. GRIMSLEY *v.* THE STATE.

BROYLES, C. J. The verdict was authorized by the evidence, and there is no merit in any of the grounds of the amendment to the motion for a new trial. *Judgment affirmed. Luke and Bloodworth, JJ., concur.*
         DECIDED NOVEMBER 14, 1922.

Indictment for bigamy; from Seminole superior court — Judge Worrill. June 30, 1922.

*John E. Drake, W. V. Custer,* for plaintiff in error.

*B. T. Castellow, solicitor-general, R. R. Arnold, E. C. Hill,* contra.

---

### 13844. EVERETT *v.* THE STATE.

BLOODWORTH, J. 1. When read with the remainder of the charge of the court no error appears in the excerpts of which complaint is made.
2. The evidence amply authorized the verdict.
         *Judgment affirmed. Broyles, C. J., and Luke, J., concur.*
         DECIDED NOVEMBER 14, 1922.

Conviction of assault with intent to murder; from Houston superior court — Judge Mathews. June 29, 1922.

*John R. Cooper, W. O. Cooper Jr.,* for plaintiff in error.

*Charles H. Garrett, solicitor-general,* contra.